APPEAL No. 75-206. HELEN BERG *v.* DAVID BERG. Motion of plaintiff to dismiss appeal is denied without prejudice, and the case is assigned to the March 1976 calendar for oral argument. *Alden C. Harrington,* Rhode Island Legal Services, Inc., for plaintiff-appellee. *Cohen & Chaika, William Y. Chaika,* for defendant-appellant.

APPEAL No. 75-225. WILFRED DIONNE *et ux. v.* MARY NERI *et al.* Motion of plaintiffs to affirm the judgment below pursuant to Rule 16(g) is granted. *Johnson & Johnson, Martin Johnson,* for plaintiffs. *John D. Biafore,* for defendants.

APPEAL No. 75-242. JEWEL COMPANY OF AMERICA, INC. *v.* GUY GEORGE. Motion of plaintiff to affirm the judgment below pursuant to Rule 16(g) is denied. *Edward F. Burke, Levy, Goodman, Semenoff & Gorin, Robert A. Pitassi,* for plaintiff. *Jackvony & De Conti, Daniel J. Donovan,* for defendant.

APPEAL No. 75-256. THOMAS F. LOGAN *et al. v.* ROBERT J. DELLATORE *et al.* Motion of defendants for extension of time for filing briefs is denied. Motion of plaintiffs to dismiss the appeal is granted. *Strauss, Factor, Chernick & Hillman, P.C., Stephen B. Lang,* for plaintiffs. *Howard K. Simmons,* for defendants.